# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:12-00017 |
| ) | Judge Trauger |
| JAMES LEON SHAW, III ) | |

## O R D E R

On November 22, 2013, this court committed the defendant for a period of 120 days to receive involuntary treatment for the restoration of competency. (Docket No. 126) That period of time has now been exceeded by several weeks, with no report from the Bureau of Prisons.

It is hereby **ORDERED** that the government shall secure as soon as possible a report from the Bureau of Prisons as to the status of the defendant's treatment and file that report **under seal**, furnishing a copy to defense counsel.

It is so **ORDERED.**

Enter this 18th day of April 2014.

_____
ALETA A. TRAUGER
United States District Judge