# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00017 |
| | ) | Judge Trauger |
| JAMES LEON SHAW, III | ) | |
| | ) | |

## O R D E R

The court has been notified by the Bureau of Prisons that it is of the opinion that it has restored this defendant to competency. It is hereby **ORDERED** that defense counsel shall file a notice by May 19, 2014 as to whether or not the defendant is contesting his competency. If he is, a competency hearing will be set. If he is not, the case will proceed to trial on June 3, 2014.

It is so **ORDERED.**

Enter this 15th day of May 2014.

_____
ALETA A. TRAUGER
United States District Judge