### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00017 |
| | ) | Judge Trauger |
| JAMES LEON SHAW, III | ) | |
| | ) | |

### O R D E R

It is hereby **ORDERED** that the additional delay in the trial of this case is excludable under the Speedy Trial Act, as it was due to the fact that the defendant had been determined mentally incompetent to stand trial and had to be restored to competency. 18 U.S.C. § 3161(h)(1)(A) and (4).

It is so **ORDERED.**

Enter this 15th day of May 2014.

_____
ALETA A. TRAUGER
United States District Judge