IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00017 |
| | ) | Judge Trauger |
| JAMES LEON SHAW, III | ) | |
| | ) | |

## O R D E R

The Unopposed Motion Asking The Court to Convert The June 3, 2014 Plea Hearing Date to a Status Conference (Docket No. 156) is **GRANTED**. It is hereby **ORDERED** that a status conference shall be held in this case on June 3, 2014 at **9:30 a.m**. The Marshal shall see to it that the defendant is transported to be present at this hearing.

It is so **ORDERED.**

Enter this 28th day of May 2014.

_____
ALETA A. TRAUGER
United States District Judge