### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00017 |
| | ) | Judge Trauger |
| JAMES LEON SHAW, III | ) | |
| | ) | |

### O R D E R

Due to complications with the placement of the defendant, it is hereby **ORDERED** that the change of plea hearing scheduled for July 28, 2014 shall be, instead, a status hearing.

It is so **ORDERED.**

Enter this 23rd day of July 2014.

_____
ALETA A. TRAUGER
United States District Judge