# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00017 |
| | ) | Judge Trauger |
| JAMES LEON SHAW, III | ) | |
| | ) | |

## O R D E R

It is hereby **ORDERED** that another status conference shall be held in this case on Thursday, August 14, 2014, at 1:00 p.m.

It is so **ORDERED.**

Enter this 28th day of July 2014.

_____
ALETA A. TRAUGER
United States District Judge