IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00017 |
| | ) | Judge Trauger |
| JAMES LEON SHAW, III | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that the status conference scheduled for August 14, 2014 is **RESET** for Wednesday, August 13, 2014, at 3:00 p.m.

It is so **ORDERED.**

Enter this 6th day of August 2014.

_____
ALETA A. TRAUGER
United States District Judge