# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:12-00017 |
| ) | Judge Trauger |
| JAMES LEON SHAW, III ) | |

## O R D E R

A status hearing was held in this case on August 13, 2014. The parties are still working toward a resolution of this case. It is hereby **ORDERED** that another status conference will be held on Friday, September 5, 2014, at 2:30 p.m.

It is so **ORDERED.**

Enter this 13th day of August 2014.

_____
ALETA A. TRAUGER
United States District Judge